AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:23CV01327-TJH | DATE FILED<br>2/22/2023 | United Stated District Court - Central District of California |
| PLAINTIFF<br><br>STRIKE 3 HOLDINGS, LLC | | DEFENDANT<br><br>JOHN DOE subscriber assigned IP address 172.248.139.141 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>4/26/2023 |
|---|---|---|
| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>S. Hall-Brown | DATE<br>4/27/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Lakewood, CA
**Total Works Infringed:** 39

**IP Address:** 172.248.139.141
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 899AF81AEAE442CFF185F64D75810BA04F8CFCB2<br>File Hash:<br>8D77B00611453148A1A4F389900633F5C31EAD317CA050580B2861F1C59A2FB3 | 01-16-2023 10:53:51 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 2 | Info Hash: 28EDF2C62BADD8B31183512811610A387E51675A4<br>File Hash:<br>9E0B763F054683E00B05315369289 6D4087A9C22C2D32CF3E0D45C47940A3A3A | 11-30-2022 07:51:03 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 3 | Info Hash: 88CBD73B930777B8AE27120F2AE91AD6BE13EBE1<br>File Hash:<br>791CDDC23EE571D2F04300CFC175D663F0F503F6F81454597 50D4AD0912D74C4 | 11-30-2022 07:43:24 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 4 | Info Hash: D1246169E8CD7824C43B5B28EAF31201DC715B02<br>File Hash:<br>DDDA5C1FFEB913FE1F1D53D7EB12936F2BEFDFDBFE0C54633ADECE5CEAF678D1 | 11-23-2022 08:32:34 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 5 | Info Hash: CE0574284C25386C77B384EB6939152423272CD6<br>File Hash:<br>C9159469AB766A0B2FFA6E5E74A53C9CB567404735 50A62C834A74388D8B7E7B | 11-19-2022 22:23:48 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 6 | Info Hash: A226E8E6DE9FA142E62B538BC31C1E913297A4F2<br>File Hash:<br>B028A68CC5FF94995EF12037B648A4F3DEFBB9D10A571805861DE84AC24C43B9 | 10-23-2022 18:06:17 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 7 | Info Hash: FE489257524EBD9BF2822D3141896384CF645292<br>File Hash:<br>D63F25214F36BBCA9DDB40C18E2258F16A565C81E2646513542305 5535B09F0C | 10-17-2022 08:10:23 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 8 | Info Hash: A4D740048B2F6B92372354BA6C770CC6AFCC786B<br>File Hash:<br>9A5459E9729C934E53BC2A8D78BB1B0A29A01B2655A39238FF87B6D0DED01BDD | 08-31-2022 08:32:40 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 9 | Info Hash: 3534C2B08D91633EB0FB960A4C43E4E810E2E421<br>File Hash:<br>5DE7DF867C95C6AF0E4F52435B2069EE796E3EE8850A7F4AA8F2171A5C86E66B | 07-31-2022 09:58:21 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 10 | Info Hash: 8D7A41C158A1D4D0ED162411E1BF123E672DE0A9<br>File Hash:<br>03FE14CCA6E3FDBF5DAE64E4D399B7E205A1DD10C0F7262FD19DA319BEC3CF7A | 07-19-2022 07:29:33 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 11 | Info Hash: 767362868AA38D2B175FB686757BFA8CFE15A9C9<br>File Hash:<br>283F89F967F409AFC3307F641C79451898E6A098EE5B783AC038A9BCB1D36C09 | 07-13-2022 07:50:13 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8E99B1F19D69394AA6AD20CF38141C99C655334D<br>File Hash:<br>23EC76B8BD23BA28940D2A77EBC0C66CEC0DABF8822427C2993E3F1D9D16C037 | 07-12-2022 07:37:41 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 13 | Info Hash: F9D323E92C1B52C4B9C7B3BE636999A90C5C456C<br>File Hash:<br>EC42FA5058FEB8ACF76554CA12F5AFD7D92B46D28BAEE7B91C18824B6A9BA05B | 05-24-2022 04:44:37 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 14 | Info Hash: A172C57788E86552273ACE4735C5EAE5C2D52807<br>File Hash:<br>DFB7E2E4AB87BD080206B210FCCE999DB68A30CA0E7CF267610E5968296359B9 | 05-10-2022 09:10:21 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |
| 15 | Info Hash: C161315A1B18EA37FB7A6DDDA1DFF2169964807B<br>File Hash:<br>6501EF84FF038EC62977471E45EC07081931B5F36040832EC09F158775935ED5 | 03-29-2022 03:18:40 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 16 | Info Hash: F10430D871D4F5F7FD37191D05B947EA5EA09DDC<br>File Hash:<br>31D19027E372833D101F823D858002679200909A94F27A4A4D84F05245C756F7D | 03-15-2022 08:43:14 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |
| 17 | Info Hash: 3F5551EEBE7EC75E30D3262B5C41925DF10F3A85<br>File Hash:<br>EBE0D57D55D73B810D63D806C41F3E775556B89D52816AB1264DD1B2F3324F9F | 02-16-2022 07:21:07 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 18 | Info Hash: 04171A75BF71DAC2FA9319D8E9A89D663787730F<br>File Hash:<br>32E1D19036B955EFCFE0880AA91B6C869A844190B04E3704B0D8A9AA71ECC2C5 | 02-09-2022 08:23:12 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 19 | Info Hash: DC8BAE1A87CBF384E87F27EE35CA7BB6BDF57DA7<br>File Hash:<br>5157D960EC23656ECFE95527ACB77F7143B52FAEECB3FA883761C999E3BB06432 | 02-06-2022 03:06:32 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 20 | Info Hash: 6E11B8C7AC6FA0E81E8EF029801BD21DC1E1017F<br>File Hash:<br>759F31AC24E6DAEFEBF6E5A2D703DFE967C1DE6AAB107DC7843534E60063EF35 | 12-21-2021 08:57:25 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 21 | Info Hash: 31463A05BD9932D88942648FBCDEC6C01152FD5D<br>File Hash:<br>751638DFB123E558700B9503A5DC77247D34B69FC25E1B54F5C03F9F37CF79A2 | 11-24-2021 04:48:07 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 22 | Info Hash: 4A157968D206B807CEC198185F14F456F7061CCB<br>File Hash:<br>510B8D3DB3C87ED1D1890F74BA2E98861728D48236D95A17AE21149E78048B84 | 10-27-2021 06:22:17 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 23 | Info Hash: 7076908150219TB6122C2F5D785022F2D4949913<br>File Hash:<br>A53C51D6D94021AED6FD5840A6FCE2482C415E930632D31DE83681FE2D132C14 | 08-20-2021 08:43:20 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 75E11B4B30E940430F389594C831EFE346980A25<br>File Hash: FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 08-07-2021 23:05:01 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 25 | Info Hash: 18C8BBCC7A09DD1A79D9AE51AD05082F9FCF8DD6<br>File Hash: AD1EA91DF88124AFEF4D1764EAF491C2C2F38FBF1BB7D9222A8336351EC93687 | 06-25-2021 06:57:51 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 26 | Info Hash: A2568034E026FD612AC60960A7D4556BA4E991C7<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 06-10-2021 03:55:04 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 27 | Info Hash: 8FFBC08B834B45F679CEBEA0D02DFB80C5951B20<br>File Hash: 1FBF5389D8B10A07A7AB91D3694722B7F8D37A6EE9B6C07D5083F498E89BE62C | 05-10-2021 05:32:58 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 28 | Info Hash: 5A82F277F745D79CC7FBDAAC50F1A46EACFAA089<br>File Hash: 4978B87EA3935CFBA07CAD360C4D19716363BC1EAA047CDE97104CE4100648F2 | 04-13-2021 04:12:36 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 29 | Info Hash: 075816C27A3F4E84A1BEEBF5310033D87F7F7A67<br>File Hash: 37C3E47622E0941492D762438CED4931D04038E0F8030ECF433618998653F33 | 02-15-2021 00:23:28 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 30 | Info Hash: DBAE08356CC82988F6BA3365B5939C4E43ADB950<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01-25-2021 01:33:20 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 31 | Info Hash: ACA099E2A4E5908648278645 5BE21AFA51D18376<br>File Hash: 46F41B092A0957151 86272E856EAF705E3805D7F0FCCFD42E93DBCA01822E2DB | 12-22-2020 05:00:02 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 32 | Info Hash: FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash: ADDC73912EE777EB74559 15C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 10-03-2020 22:50:00 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 33 | Info Hash: C7B9E04D1B4A48BA8521CD2A63D8E0C433228F5B<br>File Hash: 944EE729ECA9231D5A144C73793D40E B4EAB660D3FC94D1A4207EDA1EFF90E16 | 09-15-2020 04:03:12 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 34 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083<br>File Hash: 4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 09-13-2020 03:48:52 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 35 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA<br>File Hash: D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 09-05-2020 11:35:40 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-01-2020 02:43:38 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 37 | Info Hash: F8BEA2187EB8AC4D9D102095C2A9C332FFDAC5CF<br>File Hash: 665F883B02F64EAB71844D54138F85F3010D84DEAEC3AAD7FAAACE346EECEB50 | 08-16-2020 21:58:48 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 38 | Info Hash: 81ACAD3216DEDC61E7FC6A2774EAB9D6D1CC8BB8<br>File Hash: 0999CCF5BEDC6E0172DCB0F67E82552A5C5073CB5E585107C1A8EFFB3325B4C9 | 06-23-2020 05:27:43 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 39 | Info Hash: E261B37A954CE8D308D2E320604954222AE3F2D1<br>File Hash: 142CA99C1BC074A62A9DEC96C4A964BB9B857FA851D13684B67484D2DCBC3DA5 | 03-11-2020 02:46:06 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |